175 F.3d 1012
 Keith D. Wilk
v.
Frederick Frank, Supt., Martin Horn, Commissioner, Nicholas
P. Muller, Employed as Board Member, Allen Caster, Jr.,
Employed as Board Member, Gary Lucht, Employed as Board
Member, Michael Webster, Employed as Board Member, Sean R.
Ryan, Employed as Board Member, Mr. Clemens, Employed as
Powerhouse Supervisor, Miller, Powerhouse Foreman, Dian G.
Baney, Employed as Grievance Supervisor, Kenneth Hollibaugh,
Employed as Corrections Counselor, Minor, Dr.,
 NO. 98-7450
 United States Court of Appeals,
Third Circuit.
 February 25, 1999
 
 1
 Appeal From: M.D.Pa.
 
 
 2
 Affirmed.